UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIDRE JACQUOT and ROBERT JACQUOT, <br><br> Plaintiffs, <br><br> v. <br><br> PAUL LAKHVINDER and KAUR SARABJIT, <br><br> Defendants. | No. 1:17-cv-00332-AWI-SKO <br><br><br> ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE <br><br> (Doc. 10) |

On June 4, 2017, Plaintiffs filed a Notice of Voluntary Dismissal, in which Plaintiffs notify the Court of the dismissal of this action with prejudice. (Doc. 10.) Plaintiffs filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiffs have voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **June 5, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE